# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D23-454
Lower Tribunal No. 20-CA-005979

———————————————

HOMEOWNERS CHOICE PROPERTY & CASUALTY INSURANCE COMPANY, INC.,

Appellant,

v.

JACK HOLSEM and JUDITH HOLSEM,

Appellees.

———————————————

Appeal from the Circuit Court for Lee County.
Leigh Frizzell Hayes, Judge.

February 13, 2024

PER CURIAM.

AFFIRMED.

WOZNIAK, SMITH and MIZE, JJ., concur.


Mihaela Cabulea, of Butler Weihmuller Katz Craig LLP, Tampa, for Appellant.

Robert C. Hubbard, George A. Vaka, and Kurt J. Rosales, of Vaka Law Group, P.L., Tampa, and Andrew P. McDonald and David D. Barnhill, of McDonald & Barnhill, P.A., Tampa, for Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED